UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  17-24337-CV-ALTONAGA/GOODMAN

**TODD SKOKAN**, individually and as
Special Administrator of the Estate of
**NATHANIEL SKOKAN**, deceased,
and **LISA SKOKAN**,

      Plaintiffs,

v.

**ROYAL CARIBBEAN CRUISES LTD.**,

      Defendant.

_____/

We, the jury, return the following verdict:

### A.  PLAINTIFFS' DOHSA CLAIM

1. Do you, the jury, find from a preponderance of the evidence that Royal Caribbean was negligent in one or more of the manners claimed by Plaintiffs, and that such negligence was a legal cause of damage to Plaintiffs?

Answer Yes or No:      _____ NO _____

      If your answer to Question 1 is "Yes," then please answer question 2.  If your answer to Question 1 is "No," then please skip questions 2, 3, and 4 and answer question 5.

2. Do you, the jury, find that Nathaniel Skokan was also negligent in the manner claimed by Royal Caribbean, and that Nathaniel Skokan's negligence was a legal cause of Nathaniel Skokan's own damage?

Answer Yes or No:      _____

      If your answer to Question 2 is "Yes," then please answer question 3.  If your answer to Question 2 is "No," then please skip question 3 and answer question 4.

3.  If you, the jury, answered "Yes" to Question 2, what proportion or percentage of Plaintiffs' damage do you find from a preponderance of the evidence to have been legally caused by the negligence of the respective parties?

    Answer in Terms of Percentages:

    Nathaniel Skokan: _____ %

    Royal Caribbean Cruises Ltd.: _____ %

    Note: The total of the percentages in your answer should equal 100%.

4.  If you, the jury, answered "Yes" to Question 1, what sum of money do you find to be the total amount of Plaintiffs' damages (without applying any percentages you may have given in your answer to Question No. 3) for each of the following?

    a.  Plaintiffs' loss of Nathaniel Skokan's support: $ _____

    b.  Plaintiffs' loss of Nathaniel Skokan's services: $ _____

    c.  Nathaniel Skokan's funeral expenses: $ _____

    Total: $ _____
    (add 4(a), (b), and (c))

In determining the amount of damages, do not make any reduction because of the negligence, if any, of Nathaniel Skokan.  If you find that Nathaniel Skokan was negligent, the court in entering judgment will make an appropriate reduction in the damages awarded.

    Please answer Question 5.

## B.  PLAINTIFFS' FALSE IMPRISONMENT CLAIM

5.  Do you, the jury, find from a preponderance of the evidence that Royal Caribbean, without legal authority, intentionally restrained Plaintiffs, and that such intentional restraint was a legal cause of damage to Plaintiffs?

    Answer Yes or No: _____ NO _____

    If your answer to Question 5 is "Yes," then please answer question 6.  If your answer to Question 5 is "No," then please skip question 6 and answer question 7.

6. If you, the jury, answered "Yes" to Question 5, what sum of money do you find to be the total amount of Plaintiffs' damages for each of the following?

a. What is the total amount of Todd Skokan's damages for pain and suffering, disability, physical impairment, mental anguish, inconvenience, and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future?       $ _____

Total Damages of Todd Skokan:       $ _____

b. What is the total amount of Lisa Skokan's damages for medical expenses incurred in the past and medical expenses to be incurred in the future?       $ _____

c. What is the total amount of Lisa Skokan's damages for pain and suffering, disability, physical impairment, mental anguish, inconvenience, and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future?       $ _____

Total Damages of Lisa Skokan:       $ _____
(add 6(b) and 6(c))

Please answer Question 7.

## C. PLAINTIFFS' INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM

7. Do you, the jury, find from a preponderance of the evidence that Royal Caribbean intentionally or recklessly engaged in extreme and outrageous conduct, and that such conduct was a legal cause of damage to Plaintiffs?

Answer Yes or No:       NO

If your answer to Question 7 is "Yes," then please answer Question 8. If your answer to Question 7 is "No," then please skip Question 8 and proceed to answer Question 9 if you answered "Yes" to Question 5. If your answer to Questions 5 and 7 are "No," then skip Questions 8 and 9, sign your Verdict.

8.  If you, the jury, answered "Yes" to Question 7, what sum of money do you find to be the total amount of Plaintiffs' damages for each of the following?

    a.  What is the total amount of Todd Skokan's damages for pain and suffering, disability, physical impairment, mental anguish, inconvenience, and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future?       $ _____

                        Total Damages of Todd Skokan:       $ _____

    b.  What is the total amount of Lisa Skokan's damages for medical expenses incurred in the past and medical expenses to be incurred in the future?       $ _____

    c.  What is the total amount of Lisa Skokan's damages for pain and suffering, disability, physical impairment, mental anguish, inconvenience, and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future?       $ _____

                        Total Damages of Lisa Skokan:       $ _____
                                               (add 8(b) and 6(c))

SO SAY WE ALL.

_____
Jury Foreperson's Signature

_____12/17/18_____
Date

4