UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24337-CIV-ALTONAGA

TODD SKOKAN *vs.* ROYAL CARIBBEAN CRUISES, LTD.

PLEASE NOTE: DO **NOT** SHOW YOUR NUMERICAL DIVISION
PLEASE RETAIN THIS FORM WITH THE EXHIBITS

Is the time listed on the drink receipts EST time? If not how do we calculate the time? Is it military time?

FOREPERSON'S SIGNATURE: _____
DATE: 12/17     TIME: 1:10 PM

COURT'S ANSWER: The times appearing are Eastern Standard Time, recorded in military time.

SIGNED: _Cecilia M. Altonaga_   DATE: 12/17/2018   TIME: 1:40 p.m.
JUDGE CECILIA M. ALTONAGA